**DUNCAN & RAINWATER**
*A Professional Association of*
*Trial Lawyers*

P. O. Box 17250
Little Rock, Arkansas 72222-5938
Phone 501-868-2500          Fax 501-868-2505

Page: 1
December 1, 2005
Account No. 6653.2322M

Washington County

Re:  Washington/J/Setzke
     Raymond Setzke v. Whitmill, et al.
     U.S.D.C. #04-5046

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/22/2005 | JEO | Prepare for and attend deposition of Plaintiff's deposition in Johnson, AR (Plaintiff was no-show); | 7.25 | $ 906.25 |
| 11/16/2005 | JEO | Prepare for and attend Plaintiff's deposition in Johnson, AR (Plaintiff was no-show)and return travel; | 6.75 | $ 843.75 |
| | | Fee Total: | | $1,750.00 |

### Expenses/Advances

| Date | Description | Amount |
|---|---|---|
| 09/22/2005 | Mileage for trip to and from Johnson, AR (from Little Rock) for Plaintiff's deposition (no-show) (388.8 miles x $.485 per mile): | $ 188.57 |
| 11/16/2005 | Mileage for trip from Little Rock to Johnson, AR for Plaintiff's deposition (no-show) and return trip to Harrison, AR (270.4 mi.): | $ 110.58 |
| | Advance Total: | $ 299.15 |

**TOTAL:**   $2,049.15

EXHIBIT 1