```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

RAYMOND SETZKE                                              PLAINTIFF

         v.           Civil No. 04-5046

STEVE WHITMILL, Sheriff, Washington
County, Arkansas, et al.                                    DEFENDANTS

**ORDER**

NOW on this 4th day of January, 2006, the above referenced action comes on for this Court's consideration of three motions:

* **Separate County Defendant's Motion for Attorney's Fees and Cost Pursuant to Court's Order of November 30, 2005** (doc. #114);

* **Separate Johnson Defendants' Bill of Costs** (doc. #115); and,

* **Separate Motion for Attorneys' Fees and Costs Pursuant to Court's Order of November 30, 2005, of Defendants, Officer Grammar and Chief of Police, Frank Johnson, Fayetteville Police Department** (doc. #116).

The Court, having reviewed the pleadings of the parties, and all other matters of relevance before it, and being well and sufficiently advised, finds and orders as follows with respect to the said motions:

1. This matter was scheduled for a jury trial the week of December 12, 2005.

2. On September 22, 2005, plaintiff failed to appear for a deposition for which he had been duly noticed.

3. On October 25, 2005, the Court entered an order directing plaintiff to appear for a deposition on November 16 or 18, 2005. The Court cautioned plaintiff that his failure to appear for the deposition could result in the dismissal of his action.

4. On November 16, 2005, plaintiff again failed to appear for a deposition for which he had been duly noticed.

5. On November 30, 2005, this Court dismissed plaintiff's complaint and awarded the defendants reasonable costs.

6. Now, by the above-mentioned motions, the defendants each seek such costs -- including attorney's fees -- associated with plaintiff's failure to attend the two depositions.

7. The Court finds that the said motions are good and should be granted. Accordingly, pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, the defendants will be awarded the attorneys fees and costs claimed by them in their respective motions.

**IT IS, THEREFORE, ORDERED:**

* that **Separate County Defendant's Motion for Attorney's Fees and Cost Pursuant to Court's Order of November 30, 2005** (doc. #114) be, and it hereby is, **granted**;

* that **Separate Johnson Defendants' Bill of Costs** (doc.

#115) be, and it hereby is, **granted**; and

* that **Separate Motion for Attorneys' Fees and Costs Pursuant to Court's Order of November 30, 2005, of Defendants, Officer Grammar and Chief of Police, Frank Johnson, Fayetteville Police Department** (doc. #116) be, and it hereby is, **granted**.

**IT IS FURTHER ORDERED AND ADJUDGED:**

* that **Separate Defendants Deputy Scott Young, Deputy Kenny Skelton, Deputy Coker, and Sheriff Steve Whitmill** be, and they hereby are, collectively awarded attorneys fees and costs against plaintiff in total sum of **$2,049.15**;

* that **Separate Defendants Billy Dunn and Vernon Sizemore** be, and they hereby are, collectively awarded attorney fees and costs against plaintiff in the total sum of **$1,968.75**; **and**

* that **Separate Defendants Officer Grammar and Chief of Police Frank Johnson** be, and they hereby are, collectively awarded attorney fees and costs against plaintiff in the total sum of **$616.39**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE